# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **BRIDGETTE DAVIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-617-SDJ-KPJ |
| | § | |
| **INTEGRITY RECOVERY** | § | |
| **MANAGEMENT, LLC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2019, Plaintiff filed an Original Complaint (Dkt. #1) against four named Defendants: Integrity Recovery, LLC ("Integrity Recovery"), Perfection Collection, LLC ("Perfection Collection"), SureTec Insurance Company ("SureTec"), and Logan Reed ("Reed"). On January 20, 2021, Plaintiff and SureTec filed a joint Stipulation of Dismissal (Dkt. #34), wherein the parties request that the Court dismiss all claims between them with prejudice. On May 19, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #36) that Plaintiff's claims against Integrity Recovery, Perfection Collection, and Reed be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff's claims against Integrity Recovery, Perfection Collection, and Logan Reed are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 8th day of June, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE